LAURA M. BRACKETT, Appellant, v. VALENTINE W. SMITH and NORMAN R. JOHNSON, as Executors, etc., of JOSEPHINE DUTCHER, Deceased, Respondents.— Judgment dismissing complaint reversed on the law and a new trial granted, costs to the appellant to abide the event, payable out of the estate. Plaintiff made out

---

* Revd., 261 N. Y. 445.

a *prima facie* case which required a submission to the jury. The general rule as to the weight and quality of evidence is no different in the present case from that obtaining generally in civil cases. (*Mc Keon* v. *Van Slyck*, 223 N. Y. 392; *Ward* v. *N. Y. Life Ins. Co.*, 225 id. 314; *Matter of Sherman*, 227 id. 350.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.